B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Massachusetts | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Gloucester Engineering Co., Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN
(If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>11 Dory Road<br>Gloucester, Mass. 01930 | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Essex                                           ZIP CODE<br>                                                                     01930 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>                                       or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Gloucester Engineering__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_  Alejandro Farach, President<br>Signature of Petitioner or Representative (State title)<br>Plastifar, S.A.         3/18/10<br>Name of Petitioner      Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Autopista Duarte km13.5<br>Santo Domingo<br>Dominican Republic | x _[signature]_  Frederic D. Grant, Jr.    3/22/10<br>Signature of Attorney      Date<br>Law Office of Frederic D. Grant, Jr.<br>Name of Attorney Firm (If any)<br>727 Atlantic Avenue, 2d floor; Boston, MA 02111<br>Address<br>(617) 357-6555<br>Telephone No. |
| x _____ Stephen Lane, CEO<br>Signature of Petitioner or Representative (State title)<br>Hub Technologies, Inc.<br>Name of Petitioner      Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>29 Abbey Lane<br>Middleboro, MA 02346 | x _____ Michael K. Lane<br>Signature of Attorney      Date<br>Michael K. Lane, Esquire<br>Name of Attorney Firm (If any)<br>C3 Shipway Place; Charlestown, MA 02129<br>Address<br>(617) 286-1063<br>Telephone No. |
| x _____ Mary Desmond, CFO<br>Signature of Petitioner or Representative (State title)<br>Ranor, Inc.<br>Name of Petitioner      Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Bella Drive<br>Westminster, MA 01473 | x _____ Thomas P. Smith<br>Signature of Attorney      Date<br>Caffrey & Smith, P.C.<br>Name of Attorney Firm (If any)<br>300 Essex Street; Lawrence, MA 01840<br>Address<br>(978) 686-6151<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Plastifar, S.A.; Santo Domingo, Dominican Republic | Contract | 203,500.00 |
| Hub Technologies, Inc.; Middleboro, MA 02346 | Contract | 40,000.00 |
| Ranor, Inc.; Bella Drive, Westminster, MA 01473 | Contract | 234,988.69 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 478,488.69 |

___0___ continuation sheets attached

B 5 (Official Form 5) (12/07) — Page 2

Name of Debtor __Gloucester Engineering__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____ Alejandro Farach, President<br>Signature of Petitioner or Representative (State title)<br>Plastifar, S.A.<br>Name of Petitioner       Date Signed<br><br>Name & Mailing       Autopista Duarte km13.5<br>Address of Individual    Santo Domingo<br>Signing in Representative  Dominican Republic<br>Capacity | x _____ Frederic D. Grant, Jr.<br>Signature of Attorney      Date<br>Law Office of Frederic D. Grant, Jr.<br>Name of Attorney Firm (If any)<br>727 Atlantic Avenue, 2d floor; Boston, MA 02111<br>Address<br>(617) 357-6555<br>Telephone No. |
| x _____ Stephen Lane, CEO<br>Signature of Petitioner or Representative (State title)<br>Hub Technologies, Inc.<br>Name of Petitioner       Date Signed<br><br>Name & Mailing       29 Abbey Lane<br>Address of Individual    Middleboro, MA 02346<br>Signing in Representative<br>Capacity | x _____ Michael K. Lane    3/18/10<br>Signature of Attorney      Date<br>Michael K. Lane, Esquire<br>Name of Attorney Firm (If any)<br>C3 Shipway Place; Charlestown, MA 02129<br>Address<br>(617) 286-1063<br>Telephone No. |
| x _____ Mary Desmond, CFO<br>Signature of Petitioner or Representative (State title)<br>Ranor, Inc.<br>Name of Petitioner       Date Signed<br><br>Name & Mailing       Bella Drive<br>Address of Individual    Westminster, MA 01473<br>Signing in Representative<br>Capacity | x _____ Thomas P. Smith<br>Signature of Attorney      Date<br>Caffrey & Smith, P.C.<br>Name of Attorney Firm (If any)<br>300 Essex Street; Lawrence, MA 01840<br>Address<br>(978) 686-6151<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Plastifar, S.A.; Santo Domingo, Dominican Republic | Contract | 203,500.00 |
| Hub Technologies, Inc.; Middleboro, MA 02346 | Contract | 40,000.00 |
| Ranor, Inc.; Bella Drive, Westminster, MA 01473 | Contract | 234,988.69 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 478,488.69 |

0   continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                                   Name of Debtor  Gloucester Engineering

Case No. _____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x  Alejandro Farach, President | x  Frederic D. Grant, Jr. |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Plastifar, S.A. | Law Office of Frederic D. Grant, Jr. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 727 Atlantic Avenue, 2d floor; Boston, MA 02111 |
| Name & Mailing          Autopista Duarte km13.5 | Address |
| Address of Individual   Santo Domingo | (617) 357-5555 |
| Signing in Representative   Dominican Republic | Telephone No. |
| Capacity | |
| x  Stephen Lane, CEO | x  Michael K. Lane |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Hub Technologies, Inc. | Michael K. Lane, Esquire |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | C3 Shipway Place; Charlestown, MA 02129 |
| Name & Mailing          29 Abbey Lane | Address |
| Address of Individual   Middleboro, MA 02346 | (617) 286-1063 |
| Signing in Representative | Telephone No. |
| Capacity | |
| x  /s/ Mary Desmond, CFO | x  /s/ Thomas P. Smith      3/23/10 |
| Signature of Petitioner or Representative (State title)  3/23/10 | Signature of Attorney                    Date |
| Ranor, Inc. | Caffrey & Smith, P.C. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 300 Essex Street; Lawrence, MA 01840 |
| Name & Mailing          Bella Drive | Address |
| Address of Individual   Westminster, MA 01473 | (978) 686-6151 |
| Signing in Representative | Telephone No. |
| Capacity | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Plastifar, S.A.; Santo Domingo, Dominican Republic | Contract | 203,500.00 |
| Hub Technologies, Inc.; Middleboro, MA 02346 | Contract | 40,000.00 |
| Ranor, Inc.; Bella Drive, Westminster, MA 01473 | Contract | 234,988.69 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 478,488.69 |

0  continuation sheets attached